# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | 8:13CR43 |
| vs.    ) | |
| ) | ORDER |
| EDUARDO VALENZUELA-NUNEZ,    ) | |
| ) | |
| ) | |
| Defendant. | |

This matter is before the court on defendant's MOTION FOR ADDITIONAL TIME FOR PRETRIAL MOTIONS [90]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 31-day extension. Pretrial Motions shall be filed by July 15, 2013.

**IT IS ORDERED:**

1.  Defendant's MOTION FOR ADDITIONAL TIME FOR PRETRIAL MOTIONS [90] is granted. Pretrial motions shall be filed on or before **July 15, 2013.**

2.  The defendant is ordered to file the affidavit required by NECrimR 12.1(a) regarding speedy trial as soon as practicable.

3.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between June 14, 2013 and July 15, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 17th day of June, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**