IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EDUARDO VALENZUELA-NUNEZ,<br><br>　　　　　　Defendant. | **8:13CR43**<br><br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 321) is granted.

2. Defendant Eduardo Valenzuela-Nunez's sentencing is continued to Friday, July 25, 2014, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 9th day of April, 2014.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_John M. Gerrard_
　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　United States District Judge