IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>EDUARDO VALENZUELA-NUNEZ,<br><br>        Defendant. | 8:13CR43<br><br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 399) is granted.

2. Defendant Eduardo Valenzuela-Nunez's sentencing is continued to Friday, October 10, 2014, at 3:00 p.m., before the undersigned United States District Judge, in Courtroom No. 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 7th day of July, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge