IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDUARDO VALENZUELA-NUNEZ,<br><br>　　　　　Defendant. | 8:13-CR-43<br><br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing (filing 604) is granted.

2. Defendant Eduardo Valenzuela-Nunez's sentencing is continued to Thursday, May 21, 2015, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of March, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge