IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:13-CR-43 |
| Plaintiff, | |
| vs. | ORDER |
| EDUARDO VALENZUELA-NUNEZ, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion for Continuance of Sentencing (filing 719) is granted.

2. Defendant Eduardo Valenzuela-Nunez's sentencing is continued to Thursday, October 15, 2015, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 25th day of August, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge